IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01607–CMA–KMT

SYMPLIFIED, INC., a Delaware corporation,

    Plaintiff,

v.

SAFENET, INC., a Maryland corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to Amend Complaint and Jury Demand" (Doc. No. 21, filed September 30, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk is directed to file Plaintiff's "First Amended Complaint and Jury Demand" (Doc. No. 21-1).

Dated: October 5, 2011