**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01607-CMA-KMT          FTR - Courtroom C-201

**Date:** November 3, 2011                                  Deputy Clerk, Nick Richards


SYMPLIFIED, INC., a Delaware corporation,          Chad Takashi Nitta

        Plaintiff and Counterdefendant,

v.

SAFENET, INC., a Maryland corporation,               Gayle Lynn Strong

        Defendant and Counterplaintiff.

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:06 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Motion for Entry of Protective Order [Doc. No. 23, filed October 3, 2011].

It is **ORDERED**:     Motion for Entry of Protective Order [23] is **GRANTED IN PART AND DENIED IN PART**, consistent with rulings on the record.  The parties shall file the Protective Order as modified and amended by the Court as a supplement on or before November 10, 2011.

**Court in Recess: 10:39 a.m.**
Hearing concluded.
Total In-Court Time    00:33

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.