**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01607-CMA-KMT

SYMPLIFIED, INC., a Delaware Corporation,

Plaintiff/Counter-Defendant,

v.

SAFENET, INC., a Delaware Corporation,

Defendant/Counter-Plaintiff.

---

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff and Counter-Defendant Symplified, Inc. and Defendant and Counter-Plaintiff SafeNet, Inc. (collectively, the “Parties”), by and through their respective counsel, hereby stipulate and agree that all claims and counterclaims pending in this action shall be dismissed with prejudice.

Respectfully submitted this 30th day of July, 2012.

KUTAK ROCK LLP

*s/ Chad T. Nitta*
Chad T. Nitta
Blair E. Kanis
1801 California St., Suite 3100
Denver, CO 80202
Tel: 303-297-2400
Fax: 303-292-7799
chad.nitta@kutakrock.com
blair.kanis@kutakrock.com

GREENBERG TRAURIG, LLP

*s/ Ian C. Ballon*
Ian C. Ballon
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
ballon@gtlaw.com

Craig Neugeboren
Shane Percival
NEUGEBOREN O'DOWD PC
1227 Spruce St., Suite 200
Boulder, CO 80302
Tel: 720-536-4900
Fax: 720-536-4910
craig@neugeborenlaw.com
shane@neugeborenlaw.com

ATTORNEYS FOR PLAINTIFF / COUNTER-DEFENDANT

Gayle L. Strong
Amy L. Kramer
GREENBERG TRAURIG, LLP
1200 17th Street
Suite 2400
Denver, CO 80202
strongg@gtlaw.com
kramera@gtlaw.com

Wendy M. Mantell
GREENBERG TRAURIG, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
mantellw@gtlaw.com

ATTORNEYS FOR DEFENDANT / COUNTER-PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2012, I electronically filed the foregoing **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Gayle L. Strong
Amy L. Kramer
Greenberg Traurig, LLP
1200 17th Street
Suite 2400
Denver, CO 80202
strongg@gtlaw.com
kramera@gtlaw.com

Ian C. Ballon
Greenberg Traurig, LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
ballon@gtlaw.com

Wendy M. Mantell
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
mantellw@gtlaw.com

*s/ Chad T. Nitta*
Chad T. Nitta
KUTAK ROCK LLP
1801 California St., Suite 3100
Denver, CO 80202
Tel: 303-297-2400
Fax: 303-292-7799
chad.nitta@kutakrock.com